THE STATE OF TEXAS )
) M-19-1879-M
COUNTY OF Hidalgo )

Before me, the undersigned authority, on this day personally appeared __Ernie Bergollo__ known to be the person whose name is subscribed hereto, and being by me first duly sworn, upon oath deposes and says: "I am a __Border Patrol Agent__ stationed at __McAllen, Texas__ and I investigated the case of the United States of America versus

| | | |
|---|---|---|
| Juan Carlos Barrera | 1992 | United States |
| Odilon Oyervides Jr. | 1988 | United States |
| Isaac Villareal | 1995 | United States |

and from my investigation, it appears that:

| | | |
|---|---|---|
| Victor Manuel Barahona-Mejia | 1980 | El Salvador |
| Heriberto Montor-Villasenor | 1991 | Mexico |
| Domingo Bernane Ajpop-Tzaj | 1991 | Guatemala |
| Ahunner Cabrera-Gomez | 1985 | Honduras |
| Osman Josue Bonilla-Cortes | 1995 | Honduras |

citizens and nationals of __El Salvador, Mexico, Guatemala, Honduras__ are material witnesses in said cause that it may be impractical to secure their presence by subpoena and for that reason they should be held as material witnesses."

Ernie Bergollo
Senior Patrol Agent

SUBSCRIBED AND SWORN TO BEFORE ME on this __August 9, 2019__

Juan F. Alanis
U.S. Magistrate Judge