United States District Court
Southern District of Texas
**ENTERED**
August 09, 2019
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Case No. 7:19–mj–01879 |
| § | |
| Juan Carlos Barrera, Odilon Oyervides, Jr, § | |
| Isaac Villareal | |

## ORDER APPOINTING COUNSEL

Because the Material Witness(es), Victor Manuel Barahona–Mejia, Heriberto Montor–Villasenor, Domingo Bernane Ajpop–Tzaj, Ahunner Cabrera–Gomez, Osman Josue Bonilla–Cortes, have satisfied this court that (s)he is financially unable to employ counsel and does not wish to waive counsel, and because the interests of justice so require, an attorney is hereby **APPOINTED** to represent this person in the above designated case.

**Attorney appointed: Oscar Vega**

The appointment **SHALL** remain in effect until terminated or a substitute attorney is appointed or makes an appearance herein on behalf of the Material Witness(es).

Signed on August 9, 2019.

_____
Juan F. Alanis
United States Magistrate Judge